MR. JUSTICE HARRISON
dissenting:
I dissent. Here the informant gave Detective Soderstrom “the names of know poker players, dealers and licensed establishment operators” who were to later participate in the game at the Stagecoach Inn. This added to the fact that on the same call the informant told the police the game was on for that night, plus the arrival of the cars at the inn and the later sound of poker chips coming from the second floor, all are in my opinion sufficient cause to sustain the convictions.
In Draper v. United States (1959), 358 U.S. 307, 313, 79 S.Ct. 329, 333, 3 L.Ed.2d 327, 332, the Court speaking to whether there was probable cause noted:
“* * * Probable cause exists where ‘the facts, and circumstances within [the arresting officers’] knowledge and of which they had reasonable trustworthy information [are] sufficient in themselves to warrant a man of reasonable caution in the belief that’ an offense has been or is being committed.” '
I would affirm the convictions.